395 P.3d 334

**CREDIT ASSOCIATES OF MAUI, LTD., a Hawaii corporation, Plaintiff-Appellee,[1]**

v.

**William K. FREITAS and Cindy K. Freitas, Defendants-Appellants**

and

**Pa'a Pohaku Builders, Inc., Defendant**

**NO. CAAP-13-0001182**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 26, 2017

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT, NORTH AND SOUTH KONA DIVISION (CASE NO. 3RC12-01-112K)

SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 334

**James K. LIBERO, Petitioner-Appellant,**

v.

**STATE of Hawai'i, Respondent-Appellee**

**NO. CAAP-16-0000528**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 26, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (S.P.P. NO. 16-1-0005(2); CR. NO. 98-0697(2))

1. On December 9, 2013, the request by the Office of Hawaiian Affairs ("OHA") to be substituted as

SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 334

**Mukadin GORDON, Plaintiff-Appellant,**

v.

**Jodie F. MAESAKA-HIRATA; Francis Sequiera; William Rushing; Faatuila Pula; Petra Cho; Michael Taamilo; Aaron Mirafuentes; Gene Pomeroy; State of Hawaii, Defendants-Appellees,**

and

**John and/or Jane Does 1-10, Defendants**

**NO. CAAP-14-0000914**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 11-1-2482-10 (ECN))

MEMORANDUM OPINION

Affirmed.

the plaintiff-appellee in place of Credit Associates of Maui, Ltd. was approved.